IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSHUA MAZIQUE BURTON, § | |
| #07366511, § | |
| PETITIONER, § | |
| § | |
| V. § | CIVIL CASE NO. 3:25-CV-762-K-BK |
| § | (CRIMINAL NO. 3:24-CR-159-K-1) |
| GLENN A BRENNER, § | |
| RESPONDENT. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Two sets of Objections (Docs. 6 and 8) and a construed Motion for Leave to File an Amended Petition (Doc. No. 7) were filed. The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner's Motion for Leave to File an Amended Petition is DENIED as futile.

SO ORDERED.

Signed May 7th, 2025.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE