IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA MAZIQUE BURTON, #07366511, PETITIONER, | § | |
| V. | § | CIVIL CASE NO. 3:25-CV-762-K-BK |
| ADAM KING, SHERIFF, RESPONDENT. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF 36. Plaintiff objected and the court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. ECF 41-42. Finding no error, the court **OVERRULES** Petitioner's objections and **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner motions for recusal is **DENIED** as futile. ECF 38. Aside from being scurrilous, it is totally devoid of any factual or legal support. *See* 28 U.S.C. §§ 144 and 455.

Additionally, Petitioner's motions to terminate standby counsel and to stay all further proceedings are **DENIED as moot** considering the recommendation of the Magistrate Judge that this case be dismissed. ECF 39, 40.

Petitioner's motions were also mailed from a free world address and likely not prepared and signed by Petitioner in compliance with Fed. R. Civ. P. 11(a). *See* ECF 38, 39-40 (post-marked from the Houston metroplex not the Johnson County Jail). The filer also fails to establish that he/she qualifies for "next friend" status. *See* 28 U.S.C. § 2242 (addressing signing of habeas petition); *see also* Rules 1(b) and 2(c)(5) of the Rules Governing Section 2254 Cases (permitting courts to apply the Section 2254 Rules to other habeas actions and addressing signing of habeas petitions).

SO ORDERED.

Signed November 18th, 2026.

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE